UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATALIE MASULLA | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 14-CV-00556-DRH-SCW |
| ST. ANTHONY'S HEALTH CENTER | ) Plaintiff Requests Trial by Jury |
| Defendant. | ) |

## COMPLAINT

The Plaintiff, NATALIE MASULLA, by her Attorney, Greg Roosevelt for her Complaint states as follows:

1. Natalie Masulla is a resident of Madison County, Illinois. The Plaintiff is a citizen of the state of Illinois.

2. The Defendant, St. Anthony's Health Center, operates a hospital in Alton, Madison County, Illinois and is a citizen of the state of Illinois.

3. The Plaintiff applied for and was awarded a job on December 16, 2012 with the Defendant as a security guard for the Defendant, St. Anthony's Health Center. Plaintiff accepted said position.

4. The Defendant then required Plaintiff to undergo a physical examination.

5. Approximately two weeks later the Plaintiff scheduled her orientation and on January 11, 2013 the Plaintiff was told by Defendant that her job offer was rescinded in that Defendant believed Plaintiff would be unable to perform the functions of her job. The Defendant has discriminated against the Plaintiff by improperly perceiving her to have a disability with said opinion based upon speculation that Plaintiff could not perform the job in violation of the Americans with Disabilities Act, as amended resulting in the Plaintiff having lost this

employment with lost income and benefits and further causing Plaintiff to suffer great and profound emotional distress. Plaintiff was fit and able to perform the essential functions of the job.

6. The Plaintiff has received a Right to Sue from the Equal Employment Opportunity Commission and that Right to Sue is attached and made a part by reference.

WHEREFORE, Plaintiff seeks damages against the Defendant in an amount in excess of $100,000.

Respectfully submitted,

/s/ Greg Roosevelt
Greg Roosevelt, #02375427
Roosevelt Law Office
610 St. Louis Street
Edwardsville, IL 62025
618-656-9160
618-692-9718 Fax
gregroosevelt@gmail.com

EEOC Form 161 (11/09)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: Ms. Natalie Masulla<br>636 2nd St.<br>Bethalto, IL 62010 | From: St. Louis District Office<br>Robert A. Young Bldg<br>1222 Spruce St, Rm 8.100<br>Saint Louis, MO 63103 |
|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 560-2013-00802 | Sean J. Oliveira, Investigator | (314) 539-7847 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

James R. Neely, Jr., Director

FEB 18 2014
*(Date Mailed)*

Enclosures(s)

cc: St. Anthony's Health Center
Personnel Director
P.O. Box 340
Alton, IL 62002

Mr. Greg Roosevelt, Esq.
Roosevelt Law Office
610 St. Louis Street
Edwardsville, IL 62025

Ms. Laura Jordan, Esq.
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101