ATTACHMENT B

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATALIE MASULLA,<br><br>    Plaintiff,<br><br>v.<br><br>SAINT ANTHONY'S HEALTH CENTER,<br><br>    Defendant. | Case No. 14-cv-00556-DRH-SCW |

## JOINT STIPULATED DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff Natalie Masulla ("Plaintiff") and Defendant Saint Anthony's Health Center ("Defendant") file this Stipulated Dismissal With Prejudice in the above-styled and numbered cause, and respectfully inform the Court that the parties have settled the disputes between them and have agreed to dismiss all claims in this lawsuit.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant request that the Court dismiss all claims in this lawsuit with prejudice and order that the costs incurred herein be taxed against the party incurring them.

Respectfully submitted:

| ROOSEVELT LAW OFFICE | THOMPSON COBURN LLP |
|---|---|
| By: /s/ Greg Roosevelt(with permission) <br> Greg Roosevelt, #02375427 <br> 610 St. Louis Street <br> Edwardsville, IL 62025 <br> Telephone: (618) 656-9160 <br> Facsimile: (618) 692-9718 <br><br> gregroosevelt@gmail.com <br><br> Attorney for Plaintiff | By: /s/ Joyce M. Pratt <br> Laura M. Jordan #6271257 <br> Joyce M. Pratt #6288527 <br> One U.S. Bank Plaza <br> St. Louis, MO 63101 <br> Telephone: (314) 552-6469 <br> Facsimile: (314) 552-7469 <br><br> jpratt@thompsoncoburn.com <br><br> Attorneys for Defendant |

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon the following by the Court's electronic filing system, on this 20th day of May, 2015:

Greg Roosevelt
Roosevelt Law Office
610 St. Louis Street
Edwardsville, IL 62025

Attorneys for Plaintiff

/s/ Joyce M. Pratt